Gary Lynn ABNEY, Movant–Appellant,

v.

STATE of Missouri,
Respondent–Respondent.

No. 54102.

Missouri Court of Appeals,
Eastern District,
Division One.

June 14, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 3, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Shawn R. McCarver, Flat River, for movant-appellant.

William L. Webster, Atty. Gen., Karen A. King, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant appeals after the denial of his rule 27.26 motion without an evidentiary hearing. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).